FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2014

No. 04-14-00510-CV

**EX PARTE** Mark **VILLAREAL,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04491
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The District Clerk's notification of late record is hereby MOOT.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court